UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SLOAN'S CLEMATIS, INC f/k/a SLOAN'S INC., <br><br> Plaintiff, <br><br> v. <br><br> FORK & KNIFE, LLC, <br><br> Defendant/Counterclaim Plaintiff. | Case No. 1:24-cv-12272 GAO <br> Honorable George A. O'Toole, Jr <br><br><br> ORAL ARGUMENT REQUESTED |

**DEFENDANT'S**

**MOTION TO DISMISS THE COMPLAINT**

Defendant hereby moves pursuant to Fed.R.Civ.P., Rule 12 and Local Rule 7.1 to dismiss the complaint filed September 4, 2024 in its entirety for failing to state a claim upon which relief may be granted. In support of this Motion, Fork & Knife, LLC submits an accompanying Memorandum of Law.

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff, Sloan's Clematis, Inc., has been contacted and does not concur in the relief sought by this Motion to Dismiss.

Fork & Knife, LLC hereby requests oral argument in connection with this Motion.

Defendant respectfully requests that this Court grant this Motion to Dismiss the complaint for failure to state a claim upon which relief may be granted.

Respectfully submitted,

**DEFENDANT,
FORK & KNIFE, LLC**

By its attorneys,

/s/ *William E. Hilton*
William E. Hilton, BBO#559515
William.hilton@gesmer.com
Michael D. Brier, BBO#678647
Michael.brier@gesmer.com
GESMER UPDEGROVE LLP
40 Broad Street
Boston, MA  02109
Telephone:  (617) 350-6800

Date: September 30, 2024

## CERTIFICATE OF SERVICE

I, Michael D. Brier, hereby certify that on this 30th day of September 2024, I caused a copy of the foregoing document to be served on the Plaintiff by electronic mail.

/s/ Michael D. Brier
Michael D. Brier